IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
TOKIO MARINE SPECIALTY INSURANCE COMPANY,

        Plaintiff,

- against -

THE CINCINNATI SPECIALTY UNDERWRITERS INSURANCE COMPANY, ZARA REALTY HOLDING CORP. (A/K/A ZARA REALTY), PARK HAVEN LLC, PARK HAVEN DE, LLC,

        Defendants.
-------------------------------------------------------------------X

Docket No. 22-cv-05431 (LDH) (PK)

**AFFIDAVIT OF JOSEPH A. GROH**

STATE OF OHIO   )
                      ) SS.:
COUNTY OF     )

I, Joseph A. Groh, being duly sworn, hereby deposes and says as follows:

1. I am a Superintendent of CSU Claims for The Cincinnati Specialty Underwriters Insurance Company ("Cincinnati Insurance"). I am fully familiar with and have personal knowledge of the facts set forth herein.

2. Cincinnati Insurance is incorporated in the State of Delaware.

                                                                             _____
                                                                             Joseph A. Groh

Sworn to before me the 26th day of January, 2023

_____
Notary Public

TARA BUTLER
Notary Public, State of Ohio
My Commission Expires 03-14-2024